## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GUADA TECHNOLOGIES LLC,** | |
| Plaintiff, | CASE NO. 1:17-cv-01500-RGA |
| v. | **PATENT CASE** |
| **MILWAUKEE ELECTRIC TOOL CORPORATION,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

### STIPULATION OF DISMISSAL

Plaintiff Guada Technologies LLC and Defendant Milwaukee Electric Tool Corporation, pursuant to FED. R. CIV. P. 41(a)(1), hereby stipulate to dismissal of all claims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

February 7, 2018

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

OF COUNSEL:
David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for Plaintiff*
*Guada Technologies LLC*

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Amy M. Dudash*
Amy M. Dudash (# 5741)
The Nemours Bldg.
1007 N. Orange Street, Suite 500
Wilmington, DE 19801
302.574.3000
amy.dudash@morganlewis.com

*Counsel for Defendant*
*Milwaukee Electric Tool Corporation*

**SO ORDERED**, this _____ 8 _____ day of ___ Feb _____, 2018.

_____
United States District Court Judge